UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILMER TREJO-GAMEZ,<br><br>　　　　　　　Defendant. | CASE NO. MJ22-157<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with drug trafficking offenses. Counts two and three carry a mandatory minimum of five years of imprisonment if Defendant is convicted as charged. The details of Defendant's personal circumstances do not indicate he has substantial ties to the community. He is 24 years of age and was born in Honduras and holds a Honduran passport. He has several addresses associated with him, one of which is a shelter. He has an uncle who lives in the Seattle area but the Uncle was unsure whether Defendant could return to the live with him. Defendant did not know the phone numbers of his uncle. Although there appears to be a claim of U.S. Citizenship, the United States does not believe with any confidence that Defendant is a

DETENTION ORDER - 1

citizen. Defendant has a Honduran passport and Defendant's name does not appear in the records of the Washington State Department of Licensing. Additionally, Defendant has been in the United States for only three years and the immigration services has no record that he entered the country.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 19th day of April, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2